| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>VICTOR M. CHAVEZ, Bar #113752<br>Assistant Federal Defender<br>Designated Counsel for Service<br>2300 Tulare Street, Suite 330<br>Fresno, CA 93721-2226<br>Telephone: 559-487-5561/Fax: 559-487-5950<br><br>Attorneys for Defendant<br>CIRILO ALVAREZ-MONCADA | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>CIRILO ALVAREZ-MONCADA,<br><br>*Defendant.* | Case No. 1:17-cr-00127 -DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: September 25, 2017<br>TIME: 1:00 p.m.<br>JUDGE: Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for August 21, 2017 before Judge Drozd may be moved to the calendar of Judge McAuliffe on September 25, 2017 at 1:00 p.m.

The parties so stipulate because the case was originally set as a fast track matter but now should return to the regular status conference calendar.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the

public and the defendant in a speedy trial.

                                      Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

DATED: August 4, 2017                      */s/ Ross Pearson*
                                        ROSS PEARSON
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: August 4, 2017                      */s/ Victor M. Chavez*
                                          VICTOR M. CHAVEZ
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CIRILO ALVAREZ-MONCADA

## **O R D E R**

      The court has reviewed and considered the stipulation of the parties to continue the status conference in this case. Good cause appearing, the status conference as to Cirilo Alvarez-Moncada currently set for August 21, 2017, before District Judge Dale A. Drozd is vacated and a status conference is set for September 25, 2017, at 1:00pm in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe. The time period between August 21, 2017 and September 25, 2017 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as based on the representations of counsel the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

  Dated: **August 7, 2017**                                    /s/ Dale A. Drozd
                                                          UNITED STATES DISTRICT JUDGE