HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
CIRILO ALVAREZ-MONCADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>CIRILO ALVAREZ-MONCADA,<br><br>*Defendant.* | Case No. 1:17-cr-00127 DAD-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>DATE: January 22, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for November 13, 2018, before Judge Drozd may be continued to January 22, 2019 at 10:00 a.m.

Defendant proposes this stipulation in order to have additional time to prepare for sentencing.

                                                Respectfully submitted,

                                                MCGREGOR W. SCOTT
                                                United States Attorney

DATED: October 19, 2018            */s/ Ross Pearson*
                                                ROSS PEARSON
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

///

///

|   |   |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 19, 2018 | */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>CIRILO ALVAREZ-MONCADA |

## **O R D E R**

Pursuant to the parties' stipulation, the sentencing hearing be continued to January 22, 2019 at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: **October 19, 2018**

_____
UNITED STATES DISTRICT JUDGE