HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
CIRILO ALVAREZ-MONCADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>CIRILO ALVAREZ-MONCADA,<br><br>*Defendant*. | Case No. 1:17-cr-00127 DAD-BAM<br><br>**STIPULATION AND SCHEDULE FOR SENTENCING; ORDER**<br><br>DATE: March 11, 2019<br>TIME: 10:00 a.m.<br>JUDGE: Honorable Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing objections and sentencing hearing may proceed on the following new schedule:

**Informals**: due February 11, 2019

**Formals**: due February 25, 2019

**Sentencing**: March 11, 2019

Defense proposes this new schedule based on its identification of a guideline calculation issue that affects the sentencing range. The issue was initially identified as a result of apparent discrepancies concerning the case reported at paragraph 32 of the Presentence Report and other records. The probation office has obtained and reviewed records and arrived at its conclusion. The defense has requested disclosure of these records, and is obtaining other records necessary to a resolution of this dispute.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

DATED: January 11, 2019        */s/ Ross Pearson*
                               ROSS PEARSON
                               Assistant United States Attorney
                               Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: January 11, 2019        */s/ Victor M. Chavez*
                               VICTOR M. CHAVEZ
                               Assistant Federal Defender
                               Attorney for Defendant
                               CIRILO ALVAREZ-MONCADA

## **O R D E R**

For the reasons stated in the parties' stipulation, the sentencing hearing scheduled for January 22, 2019, at 10:00 a.m. is hereby continued to March 11, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **January 14, 2019**        *Dale A. Drozd*
                                   UNITED STATES DISTRICT JUDGE